PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

Name  Guerrero         James         A
      (Last)           (First)       (Initial)

Prisoner Number  J-57096

Institutional Address  CSP- Solano, P.O. Box# 4000

**FILED**
AUG 12 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

James A. Guerrero
(Enter the full name of plaintiff in this action.)

vs.

D.K. Sisto(Warden) et al.
(Enter the full name of respondent(s) or jailor in this action)

Case No. CV 08 3859 RMW
(To be provided by the clerk of court)

PETITION FOR A WRIT
OF HABEAS CORPUS

E-filing

Read Comments Carefully Before Filling In

### When and Where to File

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were <u>not</u> convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS                    - 1 -

Who to Name as Respondent

You must name the person in whose actual custody you are. This usually means the Warden or jailor. Do not name the State of California, a city, a county or the superior court of the county in which you are imprisoned or by whom you were convicted and sentenced. These are not proper respondents.

If you are not presently in custody pursuant to the state judgment against which you seek relief but may be subject to such custody in the future (e.g., detainers), you must name the person in whose custody you are now and the Attorney General of the state in which the judgment you seek to attack was entered.

A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

1. What sentence are you challenging in this petition?

   (a) Name and location of court that imposed sentence (for example; Alameda County Superior Court, Oakland):

   San Joaquin                                San Joaquin County
   _____                                _____
   Court                                      Location

   (b) Case number, if known  TF032996A

   (c) Date and terms of sentence _____

   (d) Are you now in custody serving this term? (Custody means being in jail, on parole or probation, etc.)    Yes  X    No ____

   Where?
   Name of Institution: CSP-Solano-P.O. Box# 4000
   Address: Vacaville, Calif. 95696

2. For what crime were you given this sentence? (If your petition challenges a sentence for more than one crime, list each crime separately using Penal Code numbers if known. If you are challenging more than one sentence, you should file a different petition for each sentence.)

Possession of a Fictitious Bill(Penal Code sec.476);Assault(Penal Code sec. 245,subd.(a)(i)); False Information to a pease officer(Penal Code sec.148.9)

PET. FOR WRIT OF HAB. CORPUS            -2-

3. Did you have any of the following?

    Arraignment:     Yes _X_    No ___

    Preliminary Hearing:     Yes _X_    No ___

    Motion to Suppress:     Yes ___    No ___

4. How did you plead?

    Guilty ___    Not Guilty _X_    Nolo Contendere ___

    Any other plea (specify) _____

5. If you went to trial, what kind of trial did you have?

    Jury _X_    Judge alone ___    Judge alone on a transcript ___

6. Did you testify at your trial?     Yes ___    No ___

7. Did you have an attorney at the following proceedings:

    (a) Arraignment     Yes _X_    No ___

    (b) Preliminary hearing     Yes _X_    No ___

    (c) Time of plea     Yes ___    No ___

    (d) Trial     Yes _X_    No ___

    (e) Sentencing     Yes _X_    No ___

    (f) Appeal     Yes _X_    No ___

    (g) Other post-conviction proceeding     Yes ___    No _X_

8. Did you appeal your conviction?     Yes ___    No ___

    (a) If you did, to what court(s) did you appeal?

    Court of Appeal     Yes _X_    No ___

    Year: 2008    Result: Affirmed

    Supreme Court of California     Yes _X_    No ___

    Year: 2008    Result: Denied

    Any other court     Yes ___    No ___

    Year: ___    Result: _____

    (b) If you appealed, were the grounds the same as those that you are raising in this

PET. FOR WRIT OF HAB. CORPUS     - 3 -

petition?                                                          Yes __X__   No____

(c) Was there an opinion?                                          Yes _____   No____

(d) Did you seek permission to file a late appeal under Rule 31(a)?

                                                                   Yes _____   No__X__

If you did, give the name of the court and the result:

_____

_____

9. Other than appeals, have you previously filed any petitions, applications or motions with respect to this conviction in any court, state or federal?   Yes _____   No__X__

[Note: If you previously filed a petition for a writ of habeas corpus in federal court that challenged the same conviction you are challenging now and if that petition was denied or dismissed with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider this petition. You may not file a second or subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28 U.S.C. §§ 2244(b).]

(a) If you sought relief in any proceeding other than an appeal, answer the following questions for each proceeding. Attach extra paper if you need more space.

I.  Name of Court: __California Supreme Court_____

    Type of Proceeding: __**Petition For Review**_____

    Grounds raised (Be brief but specific):

    a. __Discovery Concerning Criminal History_____

    b. __D.A. Failed To Produce Exculpatory Evidence_____

    c. __Trial Court Erred In It's Instructing The Jury_____

    d. _____

    Result: _____ Date of Result:_____

II. Name of Court: _____

    Type of Proceeding: _____

    Grounds raised (Be brief but specific):

PET. FOR WRIT OF HAB. CORPUS          - 4 -

a._____

b._____

c._____

d._____

Result: _____ Date of Result:_____

III. Name of Court: _____

Type of Proceeding: _____

Grounds raised (Be brief but specific):

a._____

b._____

c._____

d._____

Result: _____ Date of Result:_____

IV. Name of Court: _____

Type of Proceeding: _____

Grounds raised (Be brief but specific):

a._____

b._____

c._____

d._____

Result: _____ Date of Result:_____

(b) Is any petition, appeal or other post-conviction proceeding now pending in any court?

Yes \_\_\_\_ No X

Name and location of court: _____

B. GROUNDS FOR RELIEF

State briefly every reason that you believe you are being confined unlawfully. Give facts to support each claim. For example, what legal right or privilege were you denied? What happened? Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS            - 5 -

need more space. Answer the same questions for each claim.

[Note: You must present ALL your claims in your first federal habeas petition. Subsequent petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant, 499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

Claim One: **Reversible Error Pursuant to Brady v. Maryland By D.A. Failure To Turn Over Discovery Concerning Marc Turnovsky Criminal History**

Supporting Facts: Marc Turnovsky was on the defense witness list, and his "rap" sheet was exculpatory evidence, in that he had been convicted befor and had a criminal history for counterfeiting

Claim Two: **D.A. Failed To Produce Exculpatory Evidence That Supported Petitioner In-Sanity Defense**

Supporting Facts: Petitioner methamphetamine abuse caused him to be legally in-sane, Because it exacerbated his mental illness.

Claim Three: **The Trial Court Erred In It's Instructing The Jury That Hands And Feet Could Be Construed As Dangerous or Deadly Weapons.**

Supporting Facts: Under California law, hands and feet does not constitute deadly weapons, and to give such jury instruction was prejudicial to the defendant, for a fair trial

If any of these grounds was not previously presented to any other court, state briefly which grounds were not presented and why: N/A

PET. FOR WRIT OF HAB. CORPUS                - 6 -

List, by name and citation only, any cases that you think are close factually to yours so that they are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning of these cases:

Brady v. Maryland, (1963) 373 U.S. 83; Kyles v. Whitley (1995) 514 U.S. 419; Crane v. Kentucky, 476 U.S. 683; People v. Aguilar, 68 Cal.Rptr. 2d 655

Do you have an attorney for this petition?     Yes ____ No __X__

If you do, give the name and address of your attorney: _____

WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

Executed on __5-30-08__
        Date

_James Guerrero_
Signature of Petitioner

(Rev. 6/02)

PET. FOR WRIT OF HAB. CORPUS     - 7 -



James Guerrero
J-57090
CSP-Solano
P.O. Box 4000
Vacaville, CA 95696

United States District Court
Northern District
450 Golden Gate Avenue
San Francisco, CA 94102-3483

LEGAL MAIL
CALIFORNIA STATE PRISON-SOLANO

RECEIVED
AUG 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



c/o Luzadis 8/5/08

CALIFORNIA STATE PRISON-SOLANO

LEGAL MAIL

CALIFORNIA STATE PRISON-SOLANO